No. 77–322. HOGAN *v.* ILLINOIS EX REL. KUNCE, JUDGE. Sup. Ct. Ill. Certiorari denied. MR. JUSTICE WHITE, MR. JUSTICE MARSHALL, and MR. JUSTICE BLACKMUN would grant certiorari.